UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-HC-2101-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY NEUHAUSER | MOTION TO DISMISS AND RELEASE |

JEFFREY NEUHAUSER, the respondent in the above-captioned case, by and through undersigned counsel, moves this Honorable Court for an order dismissing the pending 18 U.S.C. § 4248 proceeding for the reasons provided in *United States v. Comstock*, Slip Op. No. 07-7671 (4th Cir., January 8, 2009). This Fourth Circuit opinion affirms this Court's previous judgment that the Bureau of Prisons is holding respondent unconstitutionally.

Respondent respectfully requests that this Court dismiss the action against him and order that respondent be immediately released. Undersigned counsel has contacted counsel for the government who opposes the relief sought in this motion.

1

Respectfully requested this 9th day of January, 2009.

        THOMAS P. McNAMARA
        Federal Public Defender

        /s/ Jane E. Pearce
        JANE E. PEARCE
        Assistant Federal Public Defender
        Attorney for Respondent
        Office of the Federal Public Defender
        150 Fayetteville Street
        Suite 450, Wachovia Capital Center
        Raleigh, North Carolina 27601
        Telephone: 919-856-4236
        Fax: 919-856-4477
        E-mail: Jane_Pearce@fd.org
        N.C. State Bar No. 25453
        LR 57.1 Counsel
        Appointed

        ERIC J. BRIGNAC
        Research and Writing Attorney
        N.C. State Bar No. 28443

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

**Michael D. Bredenberg**
Federal Medical Center
P. O. Box 1600
Butner, NC 27509
919-575-3900 x 6078
Fax: 575-4813
Email: mbredenberg@bop.gov

by electronically filing the foregoing with the Clerk of Court on January 9, 2009, using the CM/ECF system which will send notification of such filing to the above.

This the 9th day of January, 2009.

/s/ Jane E. Pearce
JANE E. PEARCE
Assistant Federal Public Defender
Attorney for Respondent
Office of the Federal Public Defender
150 Fayetteville Street
Suite 450, Wachovia Capital Center
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Jane_Pearce@fd.org
N.C. State Bar No. 25453
LR 57.1 Counsel
Appointed