BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE / FEDERAL BUREAU OF PRISONS
EXHIBIT JN91911A  Page One of Two

FILED
SEP 2 2 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| TO: (Name and Title of Staff Member) Mr. Miller, Education Dept. | DATE: 9/19/11 |
| FROM: Jeff Neuhauser | REGISTER NO. 43446-083 |
| WORK ASSIGNMENT: UNICOR | UNIT: MD |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

With this cop-out I would like to protest the yet-even-more-restrictive policy about Maryland Unit inmates not being able to bring books and newspapers back to MD Unit from the lower compound's library on Wednesday mornings, instituted this past week. I work at UNICOR and am, therefore, unable to take advantage of any of the lower compound educational building's amenities (available to sentenced inmates six days a week) including access to a wider selection of library books, DVD's, encyclopedias, unabridged dictionaries, newspapers, magazines, etc. (wider than MD Unit's offerings) and photocopying, and have been unable to take advantage of same since the so-called "separation" from sentenced inmates on 3/3/08--3½ years ago! Consequently, I have depended on other (non-UNICOR) MD Unit inmates to bring up certain newspapers which, otherwise, I'd never see. Specifically, THE WALL STREET JOURNAL, and the Sunday NEW YORK TIMES.
I can't speak for the stupidity of other MD Unit inmates "passing notes" and/or exchanging contraband with sentenced inmates via these exchanges; (see attached)

(Do not write below this line)

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File: Copy - Inmate
(This form may be replicated via WP)  This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

the BOP has disciplinary measures in place to deal with that. What I can speak to is the ever-deteriorating conditions of confinement that MD Unit inmates have endured for years without oversight from the courts. That will quickly change at my November 28th §4248 hearing in Judge Boyle's courtroom. In the meantime, please arrange for immediate subscriptions to MD Unit's own editions of THE WAL STREET JOURNAL, and the SUNDAY NEW YORK TIMES (not listed here are newspapers, magazines, etc. that other MD Unit detainees may want to have now that we've been cut off from lower compound facilities).

Please respond, in writing, to this request.

Thank you.

*[signature: Jeff Neuhauser]*

Copies: Ms. Suzanne Little, Assistant Federal Public Defender
    Warden Tracy Johns
    The Honorable Terrence Boyle, United States District Court Judge