UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-HC-2101-BO

UNITED STATES OF AMERICA

v.

JEFFREY NEUHAUSER

ORDER

This matter is before the Court on the October 6, 2011 motion of Respondent to compel the government to provide him with all exculpatory evidence in its possession (DE # 56). For good cause shown,

IT IS HEREBY ORDERED that the government produce to Respondent's counsel all exculpatory evidence in its possession in its possession or in the possession of any state or federal officers or agencies forthwith.

This 13 October 2011.

Terrence W. Boyle
U.S. District Judge