UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-HC-2101-BO

UNITED STATES OF AMERICA

v.

ORDER

JEFFREY NEUHAUSER

This matter is before the Court on the October 6, 2011 motion of Respondent to compel

the government to provide him with all exculpatory evidence in its possession (DE # 56) . For

good cause shown,

IT IS HEREBY ORDERED that the government produce to Respondent's counsel all

exculpatory evidence in its possession in its possession or in the possession of any state or

federal officers or agencies forthwith.

This **3** October 2011.

Terrence W. Boyle
U.S. District Judge